UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| ANTWANE CLEMMONS, individually and on behalf of himself and all others similarly situated, | ) CASE NO. 1:19-cv-02549 <br> ) <br> ) JUDGE SOLOMON OLIVER, JR <br> ) |
| Plaintiff, | ) <br> ) |
| vs. | ) <br> ) **JUDGMENT** |
| DEACON 10, LLC d/b/a PREMIER PROTECTIVE SERVICES | ) <br> ) <br> ) |
| Defendant. | ) |

NOW, this 23rd day of June, 2023, IT IS HEREBY ORDERED that judgment is rendered on behalf of Plaintiffs for minimum wages, overtime wages, and liquidated damages in the total amount of $13,813.19, as follows:

    Minimum wages:  $2,331.47

    Overtime compensation:  $6,836.78

    Liquidated damages: $4,662.94

The Court will determine and render judgment for attorneys' fees and costs after briefing on the issue.

    IT IS SO ORDERED.

    /s/ Solomon Oliver, Jr.
    SOLOMON OLIVER, JR.
    UNITED STATES DISTRICT JUDGE